**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:25-cv-01290-JEB |
| v. | ) | Chief Judge James E. Boasberg |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 20, 2025 Minute Order, Plaintiff Judicial Watch, Inc. and

Defendant the Internal Revenue Service ("***Service***") respectfully submit as follows:

1. At issue in this Freedom of Information Act ("***FOIA***") suit is Plaintiff Judicial Watch,

   Inc.'s FOIA request to the Service. (ECF No. 1.)

2. Plaintiff's FOIA request is divided into two parts, seeking:

   1. All emails sent or received by former Commissioner Daniel Werfel, Acting
      Commissioner Douglas O'Donnell, Chief Tax Compliance Officer Heather
      Maloy, Taxpayer Services Chief Ken Corbin, Large Business & International
      Division Commissioner Holly Paz, or Return Integrity and Compliance
      Services Director James Clifford containing any of the following terms:

      "Trump"
      "Pardon," "Pardons," or "Pardoned"
      "Commutation" or "Commuted"
      "January 6" or "1/6"

      Excluding any such emails that consist entirely of media reports or
      summaries.

   2. All emails or other records of communication sent or received by any of the
      senior officials identified in part one of this request regarding the actual or
      proposed examination or audit of any return or other tax filing submitted by,
      or on behalf of, any of the individuals pardoned, or whose sentences were
      commuted, by the Presidential proclaimed "Granting Pardons and
      Commutation of Sentences for Certain Offences Relating to the Events at or
      Near the United States Capitol on January 6, 2021."

(https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-captiol-on-january-6-2021/)

The time frame for this request is December 1, 2024 to the present. (*Id*.)

3.  The Service's search for records potentially responsive to Plaintiff's FOIA request is currently ongoing but not yet complete.

4.  As to Part 1 of Plaintiff's FOIA request, the Service has completed its search for responsive records as to five of the six identified records custodians.

5.  On August 18, 2025, the Service released sixteen pages of records located by the above-described searches to Plaintiff. All sixteen pages were released in full and constitute all responsive records located as to these searches for Part 1 of Plaintiff's FOIA request.

6.  The Service has since located an additional 123 pages of records potentially responsive to Part 1 of Plaintiff's FOIA request. The Service's review of these records for responsiveness and applicable FOIA exemptions to disclosure remains ongoing. Once this review is complete, the Service will produce any responsive, non-exempt portions of these records to Plaintiff.

7.  As to the sole remaining search for records responsive to Part 1 of Plaintiff's FOIA request: the records custodian has departed from employment with the Service, but the Service has identified a point-of-contact with the ability to conduct the requested search and is coordinating execution of that search.

8.  Because of the above-described circumstances, the Service is unable to predict an exact date by which the remaining searches will be complete or estimate the total volume of potentially responsive records that remain outstanding, if any.

9.  The Service will produce any non-exempt, responsive records located on a rolling basis.

10. As stated in the previous Joint Status Report, Plaintiff and the Service dispute the
agency's obligation to conduct a search for records responsive to Part 2 of Plaintiff's
FOIA request and are conferring on that issue. (ECF No. 7, ¶¶9-10.)

11. The parties agree that setting a briefing schedule would be premature at this time because
the Service's search is ongoing as to Part 1 of the FOIA request. However, if the parties
cannot reach an agreement as to Part 2 of the FOIA request, the parties expect to
ultimately brief the issue on summary judgment.

12. Therefore, the parties respectfully request that the Court enter an order requiring the
parties to submit a Joint Status Report updating the Court as to the status of Plaintiff's
FOIA request within the next sixty days.

**WHEREFORE**, the parties respectfully request to file a Joint Status Report within the next
sixty days, by February 10, 2026.

Dated: December 12, 2025                             Respectfully submitted,

                                                     BRETT A. SHUMATE
                                                     Assistant Attorney General

                                                     JOSHUA WU
                                                     Deputy Assistant Attorney General,
                                                     Tax Litigation Branch

/s/Ramona R. Cotca                                   /s/ Robert J. Atras
Ramona R. Cotca                                      ROBERT J. ATRAS
D.C. Bar No. 501159                                  Trial Attorney, U.S. Department of Justice
JUDICIAL WATCH, INC.                                 Civil Division, Tax Litigation Branch
425 Third Street SW, Suite 800                       Ben Franklin Station, P.O. Box 227
Washington, D.C. 20024                               Washington, D.C. 20044
Tel: (202) 646-5172                                  Tel: (202) 598-3738
Fax: (202) 646-5199                                  Fax: (202) 514-6866
Email: rcotca@judicialwatch.org                      Robert.J.Atras@usdoj.gov

*Counsel to Judicial Watch, Inc.*                    *Counsel to Internal Revenue Service*