**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:25-cv-01290-JEB |
| v. | ) | Chief Judge James E. Boasberg |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's February 10, 2026 Minute Order, Plaintiff Judicial Watch, Inc.

("*Plaintiff*") and Defendant the Internal Revenue Service (the "*Service*") respectfully submit as

follows:

1.  At issue in this suit is the Freedom of Information Act ("*FOIA*") request submitted by

    Plaintiff to the Service. (ECF No. 1.)

2.  Plaintiff's FOIA request is divided into two parts, seeking:

    1.  All emails sent or received by former Commissioner Daniel Werfel, Acting
        Commissioner Douglas O'Donnell, Chief Tax Compliance Officer Heather
        Maloy, Taxpayer Services Chief Ken Corbin, Large Business & International
        Division Commissioner Holly Paz, or Return Integrity and Compliance
        Services Director James Clifford containing any of the following terms:

        "Trump"
        "Pardon," "Pardons," or "Pardoned"
        "Commutation" or "Commuted"
        "January 6" or "1/6"

        Excluding any such emails that consist entirely of media reports or
        summaries.

    2.  All emails or other records of communication sent or received by any of the
        senior officials identified in part one of this request regarding the actual or
        proposed examination or audit of any return or other tax filing submitted by,
        or on behalf of, any of the individuals pardoned, or whose sentences were
        commuted, by the Presidential proclaimed "Granting Pardons and

Commutation of Sentences for Certain Offences Relating to the Events at or Near the United States Capitol on January 6, 2021." (https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-captiol-on-january-6-2021/)

The time frame for this request is December 1, 2024 to the present. (*Id*.)

3. As to Part 1 of Plaintiff's FOIA request, the Service has completed its search and produced all responsive, non-exempt records located to Plaintiff.

4. Plaintiff is reviewing the production to Part 1 of the request and has yet to determine whether it intends to challenge any of the exemptions asserted therein.

5. The parties are conferring about parameters for a search regarding Part 2 of the request and have made significant progress toward an agreement but have not yet been able to finalize such agreement.

6. As such, the parties agree that setting a briefing schedule would be premature at this time.

7. Therefore, the parties respectfully request that the Court enter an order requiring the parties to submit a Joint Status Report updating the Court as to the status of Plaintiff's FOIA request within approximately sixty days.

**WHEREFORE**, the parties respectfully request to file a Joint Status Report within approximately sixty days, by June 12, 2026.

*[signature page follows]*

Dated: April 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/Ramona R. Cotca
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: rcotca@judicialwatch.org

*Attorney for Judicial Watch, Inc.*

/s/ Robert J. Atras
ROBERT J. ATRAS
Trial Attorney, U.S. Department of Justice
Civil Division, Tax Litigation Branch
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-3738
Fax: (202) 514-6866
Robert.J.Atras@usdoj.gov

*Counsel to Internal Revenue Service*

3