**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. 1:25-cv-01290-JEB |
| v. | ) | Chief Judge James E. Boasberg |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| *Defendant*. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 13, 2026 Minute Order, Plaintiff Judicial Watch, Inc. ("***Plaintiff***") and Defendant the Internal Revenue Service (the "***Service***") respectfully submit as follows:

1. At issue in this suit is the Freedom of Information Act ("***FOIA***") request submitted by Plaintiff to the Service. (ECF No. 1.)

2. Plaintiff's FOIA request is divided into two parts, seeking:

    1. All emails sent or received by former Commissioner Daniel Werfel, Acting Commissioner Douglas O'Donnell, Chief Tax Compliance Officer Heather Maloy, Taxpayer Services Chief Ken Corbin, Large Business & International Division Commissioner Holly Paz, or Return Integrity and Compliance Services Director James Clifford containing any of the following terms:

        "Trump"
        "Pardon," "Pardons," or "Pardoned"
        "Commutation" or "Commuted"
        "January 6" or "1/6"

        Excluding any such emails that consist entirely of media reports or summaries.

    2. All emails or other records of communication sent or received by any of the senior officials identified in part one of this request regarding the actual or proposed examination or audit of any return or other tax filing submitted by, or on behalf of, any of the individuals pardoned, or whose sentences were commuted, by the Presidential proclaimed "Granting Pardons and

> Commutation of Sentences for Certain Offences Relating to the Events at or Near the United States Capitol on January 6, 2021."
> (https://www.whitehouse.gov/presidential-actions/2025/01/granting-pardons-and-commutation-of-sentences-for-certain-offenses-relating-to-the-events-at-or-near-the-united-states-captiol-on-january-6-2021/)
>
> The time frame for this request is December 1, 2024 to the present. (*Id.*)

3. As to Part 1 of Plaintiff's FOIA request, the Service has completed its search and produced all responsive, non-exempt records located to Plaintiff.

4. Plaintiff is reviewing the production responsive to Part 1 of the request and will provide its challenges to Defendant when the production has concluded in the case.

5. Regarding Part 2 of the request, the parties have agreed as follows:

> In lieu of processing Part Two of the request as written, the Service will conduct a search of all relevant systems of records, including all classified systems to the extent they are likely to house relevant records, for all emails or other records of communication sent or received by any of the senior officials identified in Part One of the request containing any of the following terms:
>
> "riot," "rioter," or "rioters"
> "insurrection," "insurrectionist," or "insurrectionists"
> "Stop the Steal"
>
> The Service reserves the right to assert any applicable FOIA exemptions to disclosure as to any responsive records located. After any non-exempt, responsive records are provided, Plaintiff will not challenge the adequacy of the search.

6. The Service has searched the records of all but one potential custodian. It is currently in the process of completing this search, as well as completing its review of the responsive records it has collected thus far regarding Part 2 of the request. The Service expects to have an update for Plaintiff regarding the expected timeline for that search in the next two weeks. The Service also expects to produce some or all of the records it has collected thus far within the next month.

7. As such, the parties agree that setting a briefing schedule would be premature at this time.

8. The parties respectfully request that the Court enter an order requiring the parties to submit a Joint Status Report updating the Court as to the status of Plaintiff's FOIA request within approximately sixty days, or by October 13, 2026.

Dated: August 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*/s/ Ramona R. Cotca*
Ramona R. Cotca
D.C. Bar No. 501159
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: rcotca@judicialwatch.org

*Attorney for Judicial Watch, Inc.*

*/s/ Anna A. Miller*
ANNA A. MILLER
Trial Attorney, U.S. Department of Justice
Civil Division, Tax Litigation Branch
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Tel: (202) 257-7595
Fax: (202) 514-6866
Anna.A.Miller@usdoj.gov

*Counsel to Internal Revenue Service*